# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.  **1:13MJ-679**
)
Express Mail parcel label number EU955017787US, postmarked )
October 22, 2013, weighing 1 pound 16 ounces, addressed to Melissa )
Parra, 1148 Lane Str apt #2, Hamilton, Ohio 45011 with a return )
address of Maxine Parra, 2947 N. Dianna )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Express Mail parcel label number EU955017787US

located in the ___Southern___ District of ___Ohio___, there is now concealed *(identify the person or describe the property to be seized)*:

Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of: Title 21

| *Code Section* | *Offense Description* |
|---|---|
| 841 (a) (1), 843 (b) & 846 | Conspiracy to distribute a controlled substance |
| | Possession with intent to distribute a controlled substance |

The application is based on these facts:

See attached affidavit of U.S. Postal Inspector O'Neill

☒ Continued on the attached sheet.

☐ Delayed notice _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Karen L. O'Neill, U. S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/5/13

*Judge's signature*

City and state: Cincinnati, Ohio

Honorable Stephanie K. Bowman
United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI, OHIO

STATE OF OHIO             )
                          ) SS
COUNTY OF HAMILTON        )

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, KAREN O'NEILL, HAVING BEEN DULY SWORN, DEPOSE AND STATE: I am a United States Postal Inspector, having been so employed since March 2003. I am presently assigned to the Cincinnati Field Office, Pittsburgh Division of the Postal Inspection Service with investigative responsibility for Southwest Ohio, Northern Kentucky, and Southeast Indiana. Part of my investigative responsibility involves the use of the United States Mail in the transporting of narcotics and other dangerous controlled substances and financial proceeds relating thereto.

Your affiant has become aware that drug traffickers frequently use Express Mail, a business-oriented overnight service offered by the United States Postal Service, to transport narcotics and other dangerous controlled substances, and their proceeds or instrumentalities from the sale of the controlled substances. Your affiant has also become aware that drug traffickers frequently use Priority Mail with delivery confirmation, a 2-3 day service offered by the United States Postal Service. As a result of investigations and successful controlled substance prosecutions where the Mail was used, your affiant has learned of certain characteristics indicative of other Mail items previously identified as containing narcotics or other dangerous controlled substances, their proceeds or instrumentalities from the sale of the controlled substances. Some of these characteristics include, but are not necessarily limited to or used on every occasion, the mailer using different post offices on the same day to send parcels, false or non-existent return address, addressee is not known to receive mail at the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanating from the package, and the listed address is located in an area of known or suspected drug activity.

On November 4, 2013, your affiant contacted a supervisor at the Hamilton Post Office, Hamilton, Ohio regarding Express Mail parcel label number EU955017787US coming from Fresno, California; a known drug source area. The parcel is addressed to Melissa Parra, 1148 Lane Str apt #2, Hamilton, Ohio 45011 with a return address of Maxine Parra, 2947 N. Dianna.

Your affiant learned that 1148 Lane Street, apartment #2, Hamilton, Ohio 45011 is vacant. The parcel is undeliverable as addressed and has been at the post office since October 23, 2013 awaiting pick up.

Your affiant did a check in Accurint on the return address 2947 N. Dianna in Fresno, California. Accurint is a law enforcement database that is used as a tool for investigators to identify person/business and address information. According to Accurint, 2947 N. Dianna does not exist in Fresno, California or in the state of California.

Your affiant requested the parcel be sent to her location for further investigation.

On November 5, 2013, your affiant received Express Mail parcel label number EU955017787US.

On November 5, 2013, the Cincinnati Police Department Narcotics Unit was contacted to arrange for a narcotic canine to check the parcel. Officer Phil Stoup responded to the Cincinnati Postal Inspection Service office, Cincinnati, Ohio where the parcel was placed in a controlled area and presented to narcotic canine, "Max". "Max" alerted positively to the presence or odor of a controlled substance or their proceeds or instrumentalities upon Express Mail parcel label number EU955017787US addressed to Melissa Parra, 1148 Lane Str apt #2, Hamilton, Ohio 45011. Attached herewith, and made part hereof by reference, is a photocopy of the narcotic canine handler's record of examination.

The parcel is further identified as follows: a U.S. Postal Service Express Mail cardboard box approximately 11" x 8 1/2" x 6" in size, bearing Express Mail parcel label number EU955017787US, weighing 1 pound 16 ounces, postmarked October 22, 2013; see address information below:

2

**Sender:**   Maxine Parra
             2947 N. Dianna

**Addressee:** Melissa Parra
              1148 Lane Str apt #2
              Hamilton, Ohio 45011

This information, along with the positive alert of narcotic canine "Max" is indicative of a drug package.

Based on the information contained herein, your affiant believes that contained in Express Mail parcel label number EU955017787US is a quantity of a narcotic or other dangerous controlled substance, their proceeds or instrumentalities.

Therefore, a search warrant to open the parcel is requested.

Further, your affiant sayeth naught.

*[signature]*

Karen O'Neill
Postal Inspector

Subscribed and sworn to and before me this 5 day of Nov., 2013.

*[signature]*

Honorable Stephanie K. Bowman
United States Magistrate Judge

3



United States Postal Inspection Service
Pittsburgh Division

## OFFICER AFFIDAVIT

I, Officer __P STOUP__, am and have been employed by the __CINCINNATI POLICE DEPT__ since __1993__. Among other duties, I am currently the assigned handler of narcotics detection canine "__Max__" which is trained and certified in the detection of the presence or odor of narcotics described as follows: __MARIJUANA, COCAINE, HEROIN, AND METHAMPHETAMINE__

On __11-5-13__, at the request of Postal Inspector K. O'Neill, I responded to __Cin Postal Inspectors office__, where "__Max__" did alert to and indicate upon: [describe item] __EG9550178705 addressed to Melissa Parra 1148 Lane Str apt #2 Hamilton Ohio 45011 with a return address Maxine Parra 2947 N Dianna__

Which, based upon my training and experience and that of "__Max__", indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

__[signature]__ 11/05/13
(Signature and Date)

__[signature]__ 11-5-13
(Signature and Date)

Cincinnati Field Office
895 Central Avenue, Suite 400
Cincinnati, OH 45202-5748
Telephone: 877-876-2455
FAX: 513-684-8009